**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

**MAREEYO MINNIE CALHOUN**                                      **CIVIL ACTION**

**VERSUS**                                                                          **NO: 09-4568-EEF-SS**

**HOMEOWNERS FRIEND**
**MORTGAGE COMPANY, et al**

### REPORT AND RECOMMENDATION

On July 29, 2009, the plaintiff, Mareeyo Minnie Calhoun ("Calhoun"), filed a complaint against Homeowners Friend Mortgage Company, Inc. ("HFMC"), and others. Rec. doc. 1. HFMC moved to dismiss the complaint. Rec. doc. 7. On March 18, 2010, the District Judge granted the motion of counsel for HFMC to withdraw. Rec. doc. 36. The order was returned as undeliverable. Rec. doc. 52. On April 28, 2010, Calhoun served written discovery on HFMC c/o Nassie Law, 16411 Scientific Way, Suite 150, Irvine, CA 92618 which was one of the addresses in the motion to withdraw. Rec. docs. 35 and 63 (Exhibit A). HFMC's motion to dismiss was denied on April 29, 2010. Rec. doc. 48. Calhoun's motion to compel HFMC to respond to written discovery was granted as unopposed. Rec. doc. 64.

On June 24, 2010, it was ordered that licensed counsel enroll for HFMC by July 20, 2010. The matter was set for the call docket for July 21, 2010. HFMC was notified that if it did not comply with the order, it would be recommended that a judgment be entered against it for all relief sought by Calhoun. The Clerk was instructed to serve HFMC c/o Nassie Law, 16411 Scientific Way, Suite 150, Irvine, CA 92618. Rec. doc. 65. There is no record of the order being returned as

undelivered.

No counsel has appeared to represent HFMC. There was no appearance at the call docket.

## ANALYSIS

Pursuant to Fed. R. Civ. P. 12(a)(4), if the court denies a motion to dismiss, the responsive pleading must be served within fourteen (14) days after notice of the court's action. HFMC has not filed an answer. Since HFMC's counsel withdrew, it has been unrepresented. A corporation as a fictional legal person can only be represented by counsel. Donovan v. Road Rangers Country Junction, Inc., 736 F.2d 1004, 1005 (5th Cir. 1984); and Transco Syndicate #1, Ltd., v. Rose Towing, Inc., 1997 WL 35219 (E.D.La.) (Fallon, J.). HFMC cannot appear in proper person.

Calhoun seeks: (1) rescission and cancellation of a loan associated with the refinancing of her home; and (2) relief for an alleged violation of the Truth In Lending Act, 15 U.S.C. §§ 1601-1666, including termination of any security interest, return of money, statutory damages, actual damages and reasonable attorneys' fees. Rec. doc. 1. Also named as defendants are Deutsche Bank National Trust Company and Saxon Mortgage Services, Inc. Rec. doc. 10. Because of the relief sought by Calhoun, it is not appropriate to enter judgment against HFMC for failure to comply with the June 24, 2010 order.

Pursuant to Fed. R. Civ. P. 55(a), "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead . . ., and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." The record and HFMC's failure to comply with the June 24, 2010 order demonstrates that it failed to plead. It will be recommended that the Clerk enter HFMC's default. After the Clerk enters the default, Calhoun may apply to the Court for entry of a default

judgment as provided in Rule 55(b)(2).

## RECOMMENDATION

IT IS RECOMMENDED that the Clerk be ordered to enter HFMC's default.

## OBJECTIONS

A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's report and recommendation within ten (14) calendar days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object.  Douglass v. United Servs. Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this 29th day of September, 2010.



**SALLY SHUSHAN**
**United States Magistrate Judge**

**Clerk to serve:**

Homeowners Friend Mortgage Company, Inc.
c/o Nassie Law
16411 Scientific Way, Suite 150
Irvine, CA 92618