UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

MAREEYO MINNIE CALHOUN     CIVIL ACTION

VERSUS     NO: 09-4568-EEF-SS

HOMEOWNERS FRIEND
MORTGAGE COMPANY, et al

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date, the defendant, Homeowners Friend Mortgage Company, Inc. ("HFMC"), has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the Clerk enter a default against HFMC.

New Orleans, Louisiana, this _____ day of _Nov._, 2010.

_____
United States District Judge

**Clerk to serve:**

Homeowners Friend Mortgage Company, Inc.
c/o Nassie Law
16411 Scientific Way, Suite 150
Irvine, CA 92618

___ Fee _____
___ Process _____
_x_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____