UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**MAREEYO MINNIE CALHOUN**                              **CIVIL ACTION**

**versus**                                              **NO: 09-4568-EEF-SS**

**HOMEOWNERS FRIEND MORTGAGE
COMPANY, INC., ET AL.**

## ORDER

The settlement conference scheduled in the above-captioned case on **Wednesday, April 27, 2011 at 9:30 a.m.** is **CONVERTED** to a **TELEPHONE** settlement conference before Magistrate Judge Sally Shushan. The Court will initiate the call.

New Orleans, Louisiana, dated April 21, 2011.

_____
**SALLY SHUSHAN
United States Magistrate Judge**