UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MAREEYO MINNIE CALHOUN,<br>　　　　　　　Calhoun | CIVIL ACTION<br><br>NO. 09-4568 |
| versus | |
| | SECTION L |
| HOMEOWNERS FRIEND MORTGAGE COMPANY, INC.;<br>DEUTSCHE BANK NATIONAL TRUST COMPANY,<br>AS TRUSTEE FOR SAXON ASSET SECURITIES TRUST<br>2007-1; and ABC INSURANCE COMPANY,<br>　　　　　　　Defendants | JUDGE FALLON<br><br>MAGISTRATE<br>JUDGE SHUSHAN (1) |

******************************************************************

## ORDER OF DISMISSAL

Considering the motion of the plaintiff and the suggestion that an agreement to settle and compromise all claims between the parties has been reached,

IT IS ORDERED that this case is dismissed with prejudice, reserving the jurisdiction of the court to enforce the settlement.

New Orleans, Louisiana, this __21st__ day of __June__, 2011.

_____
　　　　UNITED STATES DISTRICT JUDGE